# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2534

_____

Anthony Thrash

*Plaintiff - Appellant*

v.

Dustin McDaniel, in his individual and official capacity as Arkansas State Attorney General; Jim Hannah, Chief Justice, Arkansas Supreme Court; Karen R. Baker, Justice, Arkansas Supreme Court; Donald L. Corbin, Justice, Arkansas Supreme Court; Paul E. Danielson, Justice, Arkansas Supreme Court; Courtney Hudson-Goodson, Justice, Arkansas Supreme Court; Josephine L. Hart, Justice, Arkansas Supreme Court; Cliff Hoofman, Justice, Arkansas Supreme Court

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: September 19, 2014
Filed: September 30, 2014
[Unpublished]

_____

Before LOKEN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Arkansas prisoner Anthony Thrash appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action challenging Arkansas's procedures for issuing writs of error coram nobis. Following careful review of the record and Thrash's brief, we conclude that, for the reasons explained in the district court's order, the court did not err in dismissing the action for failure to state a claim. See 28 U.S.C. §§ 1915A(b), 1915(e)(2)(B); Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (de novo review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.